Lois I. Brady
Chapter 7 Trustee
P.O. Box 12754
Oakland, CA 94604
Telephone: (510) 452-6498
Fax: (510) 452-6499
loisbrady@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HARRY FRED KOELLING & LINDA ANN KOELLING, <br><br> Debtors. | Case No: 04-46443 T-7 <br><br> Chapter 7 <br><br> Date: July 2, 2008 <br> Time: 3:00 p.m. <br> Place: 1300 Clay St., Rm. 201 <br> Oakland, CA |

NOTICE OF HEARING ON TRUSTEE'S EX-PARTE APPLICATION TO EXTEND THE DEADLINE TO OBJECT TO DEBTORS' DISCHARGE

TO THE DEBTORS, DEBTORS' ATTORNEY AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing will be held on July 2, 2008, at 3:00 p.m. before the Honorable Leslie Tchaikovsky, at the U.S. Bankruptcy Court, 1300 Clay St., Courtroom 201, Oakland, California on the Trustee's application for an order extending the deadline to object to the Debtors' discharge.

Trustee's application for an order and declaration in support of said application has already been filed with this court and served on parties in interest. PLEASE TAKE NOTICE that any opposition to the Trustee's application or opposition to same must be filed and served on Trustee not later than 14 days prior to the scheduled hearing date.

DATED: June 3, 2008

/s/ Lois I. Brady
Lois I. Brady, Chapter 7 Trustee