# EXHIBIT 1

ERIC A. NYBERG, ESQ. (Bar No. 131105)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for HARRY FRED KOELLING and LINDA ANN KOELLING, Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

HARRY FRED KOELLING and LINDA ANN KOELLING,

Debtors.

Case No. 04-46443
Chapter 11

AMENDMENTS TO SCHEDULES B, C AND F

The Debtor hereby amends Schedule B to include the following personal property which was inadvertently not listed on the original schedules:

| Type of Property | Description and Location of Property | H W J C | Current Market Value of Debtor's Interest in Property |
|---|---|---|---|
| 17. Other liquidated debts owing debtor | Employment contract with Kids Connection, Inc. | W | 1,050,000.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | IRA Account at Morgan Stanley | H | 19,876.42 |

///
///
///
///

Amendment to Schedules B, C and F

The Debtor hereby amends Schedule C to include the following property claimed as exempt which was inadvertently not listed on the original schedules:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property |
|---|---|---|---|
| Employment contract with Kids Connection, Inc. | CCP §704.070 | 1,050,000.00 | 1,050,000.00 |
| IRA Account at Morgan Stanley | CCP §704.115 | 19,876.42 | 19,876.42 |

The Debtors hereby amend Schedule F to include the following creditors holding unsecured nonpriority claims which were inadvertently not listed on the original schedules:

| Creditor's Name and Mailing Address | Date Claim Was Incurred/Basis | Contingent Unliquidated Disputed | Amount of Claim |
|---|---|---|---|
| Kids Connection<br>1970 Beachpark Blvd.<br>Foster City, CA 94404 | 2004<br>Loan | | 37,000.00 |
| Tommy Koelling<br>8807 Gilman Dr., Unit C<br>La Jolla, CA 92037 | 2004<br>Loan | | 53,000.00 |
| City National Bank<br>9701 Wilshire Blvd.<br>Beverly Hills, CA 90212 | 1999 - 2001<br>Personal guarntee on corporate debt of Kids Connection | Contgingent | Unknown |

Dated: January 31, 2005                KORNFIELD, PAUL & NYBERG, P.C.

By: _____
ERIC A. NYBERG
Attorneys for Debtors

We declare under penalty of perjury that the foregoing Amendment is true and correct and that this declaration was executed this 31 day of January, 2005 at _____, California.

_____
HARRY FRED KOELLING and LINDA
ANN KOELLING

_____
LINDA ANN KOELLING

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Amendment to Schedule F                -2-                J:\Koelling.002\AmendF.pld.frm
                                                          1/20/05 11:42 am

Case: 04-46443   Doc# 385-1   Filed: 12/19/08   Entered: 12/19/08 14:18:31   Page 4 of 4
Case: 04-46443   Doc# 53   Filed: 02/01/2005   Page 3 of 3