# EXHIBIT 3

FILED
SAN MATEO COUNTY
AUG 0 3 2007
Clerk of the Superior Court
By _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

| | |
|---|---|
| QMECT, INC. dba ELECTROCHEM, a California corporation, | Case No. CIV 426631 |
| Plaintiff, | **SPECIAL VERDICT FORMS** |
| vs. | |
| SIERRA FINANCIAL GROUP, INC., a California corporation; et al., | |
| Defendants. | |
| BURLINGAME CAPITAL PARTNERS II, L.P., a Delaware limited partnership, | |
| Cross-Complainant, | |
| vs. | |
| KIDS CONNECTION, INC., a California corporation, | |
| Cross-Defendant. | |

Ex A

## SPECIAL VERDICT

(Qmect, Inc.'s Claim for Breach of Fiduciary Duty)

We answer the questions submitted to us as follows:

1. Was Sierra Financial Group, Inc. Qmect, Inc.'s agent or a person in a confidential relationship with Qmect, Inc.?

    _X_ Yes     ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

2. Did Sierra Financial Group, Inc. act on Qmect, Inc.'s behalf for purposes of providing management consulting services and/or assisting Qmect, Inc. in refinancing and restructuring its existing debt with Comerica Bank?

    _X_ Yes     ___ No

1
SPECIAL VERDICT

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

3. Did Sierra Financial Group, Inc. fail to act as a reasonably careful agent or person in a confidential relationship would have acted under the same or similar circumstances?

___Yes     X No

Answer question 4.

4. Did Sierra Financial Group, Inc. knowingly act against Qmect, Inc.'s interests or act on behalf of a party whose interests were adverse to Qmect, Inc. in connection with providing management consulting services and/or assisting Qmect, Inc. in refinancing and restructuring the Comerica Bank debt?

___Yes     X No

If your answer to question 4 is yes, then answer question 5. If you answered no, answer question 6.

5. Did Qmect, Inc. give informed consent to Sierra Financial Group, Inc.'s conduct?

___Yes     ___No

2
SPECIAL VERDICT

Answer question 6.

6. Did Sierra Financial Group, Inc. have information relating to Qmect, Inc. that it knew or should have known was confidential?

    X  Yes            ___ No

If your answer to question 6 is yes, then answer question 7. If you answered no, answer question 10.

7. Did Sierra Financial Group, Inc. use Qmect, Inc.'s confidential information for its own benefit?

    X  Yes            ___ No

If your answer to question 7 is yes, then answer question 8. If you answered no, answer question 10.

8. Did Qmect, Inc. give informed consent to Sierra Financial Group, Inc.'s conduct?

    X  Yes            ___ No

If your answer to question 8 is no, then answer question 9. If you answered yes, answer question 10.

9. Was the confidential information not a matter of general knowledge?

___Yes    ___No

Answer question 10.

10. Did you answer "yes" to questions 3 or 9, or "no" to question 5? If so, answer question 11. If not, stop here. Answer no further questions, and have the presiding juror sign and date this form.

11. Was Qmect, Inc. harmed by Sierra Financial Group, Inc.'s actions?

___Yes    ___No

If your answer to question 11 is yes, then answer question 12. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

12. Was Sierra Financial Group, Inc.'s conduct a substantial factor in causing Qmect, Inc.'s harm?

___Yes    ___No

If your answer to question 12 is yes, then answer question 13. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

4
SPECIAL VERDICT

13. What are Qmect, Inc.'s damages?

    $_____

Answer question 14.

14. Did Sierra Financial Group, Inc. engage in any of the following conduct?

    a. Malice?        Yes_____   No_____

    b. Oppression?    Yes_____   No_____

Signed: *[signature]*
Presiding Juror

Dated: 03 August 07

[After all verdict forms have been signed, deliver this verdict form to the bailiff.]

5
SPECIAL VERDICT

# SPECIAL VERDICT

(Burlingame Capital Partners II, L.P.'s Cross-Claim
for Inducing Breach of Contract)

We answer the questions submitted to us as follows:

1. Were there loan agreements between Burlingame Capital Partners II, L.P. and Qmect, Inc.?

    _X_ Yes              ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

2. Did Kids Connection, Inc. know of these loan agreements?

    _X_ Yes              ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop

here. Answer no further questions, and have the presiding juror sign and date this form.

3. Did Kids Connection, Inc. intend to cause Qmect, Inc. to breach the loan agreements?

     _X_ Yes            ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

4. Did Kids Connection, Inc.'s conduct cause Qmect, Inc. to breach the loan agreements?

     _X_ Yes            ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

5. Was Burlingame Capital Partners II, L.P. harmed?

     _X_ Yes            ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

6. Was Kids Connection, Inc.'s conduct a substantial factor in causing Burlingame

Capital Partners II, L.P.'s harm?

___ Yes    X No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

7. Did Burlingame Capital Partners II, L.P. freely and knowingly give up its right to have Kids Connection, Inc. deliver to Burlingame Capital Partners II, L.P. the 3,901 shares of Qmect, Inc. stock?

___ Yes    ___ No

If your answer to question 7 is no, then answer question 8. If you answered yes, stop here. Answer no further questions, and have the presiding juror sign and date this form.

8. What are Burlingame Capital Partners II, L.P.'s damages?

$ _____

Answer question 9.

9. Did Kids Connection, Inc. engage in any of the following conduct?

a. Malice?    Yes _____ No _____

3
**SPECIAL VERDICT FORM**

b. Oppression?    Yes _____ No _____

c. Fraud?    Yes _____ No _____

Signed: _[signature]_____
   Presiding Juror

Dated: _03 August 07_____

[After all verdict forms have been signed, deliver this verdict form to the bailiff.]

## SPECIAL VERDICT

### (Burlingame Capital Partners II, L.P.'s Cross-Claim for Intentional Interference with Contractual Relations)

We answer the questions submitted to us as follows:

1. Were there loan agreements between Burlingame Capital Partners II, L.P. and Qmect, Inc.?

    **X** Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

2. Did Kids Connection, Inc. know of these loan agreements?

    **X** Yes      ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop

here. Answer no further questions, and have the presiding juror sign and date this form.

3. Did Kids Connection, Inc. intend to disrupt the performance of the loan agreements?

   X  Yes                    ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

4. Did Kids Connection, Inc.'s conduct prevent performance or make performance more expensive or difficult?

   X  Yes                    ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

5. Was Burlingame Capital Partners II, L.P. harmed?

   X  Yes                    ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

6. Was Kids Connection, Inc.'s conduct a substantial factor in causing Burlingame

---
2
SPECIAL VERDICT FORM

Case: 04-46443   Doc# 385-3   Filed: 12/19/08   Entered: 12/19/08 14:18:31   Page 13 of 19

Capital Partners II, L.P.'s harm?

   X  Yes            ___ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

7. Did Burlingame Capital Partners II, L.P. freely and knowingly give up its right to have Kids Connection, Inc. deliver to Burlingame Capital Partners II, L.P. the 3,901 shares of Qmect, Inc. stock?

   ___ Yes           X  No

If your answer to question 7 is no, then answer question 8. If you answered yes, stop here. Answer no further questions, and have the presiding juror sign and date this form.

8. What are Burlingame Capital Partners II, L.P.'s damages?

   $ 4,963,738.00

Answer question 9.

9. Did Kids Connection, Inc. engage in any of the following conduct?

   a. Malice?      Yes ____  X  No ____

b. Oppression?    Yes _____ No __X__

c. Fraud?    Yes __X__ No _____

Signed: _____
            Presiding Juror

Dated: 03 August 07

[After all verdict forms have been signed, deliver this verdict form to the bailiff.]

4
SPECIAL VERDICT FORM

## SPECIAL VERDICT

(Burlingame Capital Partners II, L.P.'s Cross-Claim for Breach of Contract)

We answer the questions submitted to us as follows:

1. Did Burlingame Capital Partners II, L.P. and Fred and Linda Koelling enter into the Subordination Agreement?

    _X_ Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

2. Did Fred and Linda Koelling assign to Kids Connection, Inc. part of the indebtedness owed by Qmect, Inc., and subordinated to the Burlingame Capital Partners II, L.P. loan under the Subordination Agreement?

    _X_ Yes      ___ No

1

SPECIAL VERDICT FORM

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

3. Did Burlingame Capital Partners II, L.P. do all, or substantially all, of the significant things that the Subordination Agreement required Burlingame Capital Partners II, L.P. to do?

    X Yes           ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

4. Did all conditions required by the Subordination Agreement for Kids Connection, Inc.'s performance occur?

    X Yes           ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

5. Did Kids Connection, Inc. fail to do something that the Subordination Agreement required it to do?

    X Yes           ___ No

2

SPECIAL VERDICT FORM

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

6. Was Burlingame Capital Partners II, L.P. harmed by that failure?

    X Yes          ___ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here. Answer no further questions, and have the presiding juror sign and date this form.

7. Did Burlingame Capital Partners II, L.P. freely and knowingly give up its right to have Kids Connection, Inc. deliver to Burlingame Capital Partners II, L.P. the 3,901 shares of Qmect, Inc. stock?

    ___ Yes          X No

If your answer to question 7 is no, then answer question 8. If you answered yes, stop here. Answer no further questions, and have the presiding juror sign and date this form.

8. What are Burlingame Capital Partners II, L.P.'s damages?

$ _____Ø_____

3
SPECIAL VERDICT FORM

Signed: *[signature]*
Presiding Juror

Dated: 03 August 07

[After all verdict forms have been signed, deliver this verdict form to the bailiff.]