# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
KOELLING, HARRY FRED § Case No. 04-46443 T-7
KOELLING, LINDA ANN §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ ___

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1] $ ___

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/LOIS I. BRADY, ESQ._____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Exhibit A

| Case No: | 04-46443 T-7 Judge: LESLIE TCHAIKOVSKY | Trustee Name: | LOIS I. BRADY, ESQ. |
|---|---|---|---|
| Case Name: | KOELLING, HARRY FRED | Date Filed (f) or Converted (c): | 11/16/04 (f) |
|  | KOELLING, LINDA ANN | 341(a) Meeting Date: | 04/01/08 |
| For Period Ending: | 03/22/10 | Claims Bar Date: | 09/16/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTORS' RESIDENCE: 602 CORNWALLIS LANE, FOSTER CITY,[Debtors claim $75,000 in exemption] | 1,100,000.00 | 77,000.00 |  | 1,210,000.00 | FA |
| 2. CASH ON HAND | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT AT WELLS FARGO BANK | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT AT WELLS FARGO BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT AT WASHINGTON MUTUAL | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT AT BANK OF AMERICA | 89.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS   Debtor Claimed Exemption | 6,800.00 | 0.00 | DA | 0.00 | FA |
| 8. MISC BOOKS, ENCYCLOPEIDAS, DVD MUSICAL   Debtor Claimed Exemption | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL   Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. WEDDING RINGS AND COSTUME JEWELRY   Debtor Claimed Exemption | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 11. TENNIS RACKETS, SKI EQPT, CAMERAS, CAMPING   Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. 401 K RETIREMENT PLAN - ERISA QUALIFIED PLAN   Debtor Claimed Exemption | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 401 K RETIREMENT PLAN - ERISA QUALIFIED PLAN   Debtor Claimed Exemption | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 100% STOCKHOLDER INTEREST IN KIDS CONNECTION INC 12/23/08. Continued administration for possible collection of $ | Unknown | 0.00 | DA | 0.00 | FA |
| 15. 45% STOCKHOLDER INTEREST IN ELECTROCHEM | Unknown | 0.00 | DA | 0.00 | FA |
| 16. 45% STOCKHOLDER INTEREST IN ELECTROCHEM | Unknown | 0.00 | DA | 0.00 | FA |

Case No: 04-46443 T-7 Judge: LESLIE TCHAIKOVSKY  Trustee Name: LOIS I. BRADY, ESQ.
Case Name: KOELLING, HARRY FRED  Date Filed (f) or Converted (c): 11/16/04 (f)
KOELLING, LINDA ANN  341(a) Meeting Date: 04/01/08
Claims Bar Date: 09/16/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 2001 CHEVROLET TAHOE | 14,750.00 | 0.00 | DA | 0.00 | FA |
| 18. LEASED 2002 JEEP CHEROKEE - (SON'S CAR] | 15,500.00 | 0.00 | DA | 0.00 | FA |
| 19. Debtors Exemption held in Trust by Trustee (u) | 0.00 | 75,000.00 | | 0.00 | 0.00 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 113.91 | Unknown |
| 21. Settlement of Compromise of Claims with (u) Burlingame Capital Partners II, LP | 0.00 | 149,903.61 | | 199,903.61 | FA |
| 22. EMPLOYMENT CONTRACT WITH KIDS CONNECTION INC | 1,050,000.00 | 0.00 | | 0.00 | FA |
| 23. 401K RETIREMENT AT MORGAN STANLEY Debtor Claimed Exemption | 19,876.42 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $2,367,365.42  $301,903.61  $1,410,017.52  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 03/18/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 04-46443 -T-7 | Trustee Name: | LOIS I. BRADY, ESQ. |
|---|---|---|---|
| Case Name: | KOELLING, HARRY FRED | Bank Name: | BANK OF AMERICA |
| | KOELLING, LINDA ANN | Account Number / CD #: | *******7817 TIP Account |
| Taxpayer ID No: | *******8541 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/09 | | Chicago Title Company<br>Trust Account<br>400 South El Camino Real, Suite 150<br>San Mateo CA 94402 | SALE OF REAL PROPERTY INTEREST | | 30,000.00 | | 30,000.00 |
| | 1 | CHICAGO TITLE COMPANY | Memo Amount: 1,210,000.00<br>SALE OF REAL PROPERTY INTEREST | 1110-000 | | | |
| | | WASHINGTON MUTUAL | Memo Amount: ( 873,513.34 )<br>Secured Debt | 4110-000 | | | |
| | | COLDWELL BANKER | Memo Amount: ( 36,300.00 )<br>Realtor Commission | 3510-000 | | | |
| | | PROPERTY MANAGEMENT SYSTEMS | Memo Amount: ( 36,300.00 )<br>Realtor Commission | 3510-000 | | | |
| | | BURLINGAME CAPTIAL PARTNERS II | Memo Amount: ( 86,170.03 )<br>Junior Lienholder Debt | 4110-000 | | | |
| | | GE CAPITAL CORP. | Memo Amount: ( 57,446.68 )<br>Junior Lienholder Debt | 4110-000 | | | |
| | | IRS | Memo Amount: ( 75,000.00 )<br>IRS LIEN | 4300-000 | | | |
| | | CLOSING COSTS & TAXES | Memo Amount: ( 15,269.95 )<br>Closing costs and taxes | 2500-000 | | | |
| 01/27/09 | | Chicago Title Company<br>Trust Account<br>400 South El Camino Real, Suite 150<br>San Mateo CA 94402 | IRS TAX LIEN | 4300-000 | | -75,000.00 | 105,000.00 |
| 01/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 0.17 | | 105,000.17 |
| 02/05/09 | 21 | Burlingame Capital Partners II, LP<br>3182 Campus Drive #306<br>San Mateo, CA 94403-3123 | COMPROMISE OF CLAIMS | 1249-000 | 40,000.00 | | 145,000.17 |

Page Subtotals 70,000.17 -75,000.00

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 5)   Case: 04-46443   Doc# 421   Filed: 05/20/10   Entered: 05/20/10 10:13:46   Page 5 of 17   Ver: 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 04-46443 -T-7 | Trustee Name: | LOIS I. BRADY, ESQ. |
|---|---|---|---|
| Case Name: | KOELLING, HARRY FRED | Bank Name: | BANK OF AMERICA |
| | KOELLING, LINDA ANN | Account Number / CD #: | *******7817 TIP Account |
| Taxpayer ID No: | *******8541 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/09 | 21 | Chicago Title Company<br>Trust Account<br>400 South El Camino Real, Suite 150<br>San Mateo, CA 94402 | COMPROMISE OF CLAIMS | 1249-000 | 86,073.61 | | 231,073.78 |
| 02/08/09 | 21 | Burlingame Capital Partners II, LP<br>3182 Campus Drive #306<br>San Mateo, CA 94403-3123 | SETTLEMENT OF COMPROMISE OF CLAIMS | 1249-000 | 23,830.00 | | 254,903.78 |
| 02/25/09 | 000101 | GENERAL ELECTRIC CREDIT CORPORATION | PER SETTLEMENT | 4210-000 | | 80,000.00 | 174,903.78 |
| 02/27/09 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 4.52 | | 174,908.30 |
| 03/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 6.50 | | 174,914.80 |
| 04/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 14.67 | | 174,929.47 |
| 05/29/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 7.42 | | 174,936.89 |
| 06/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 7.20 | | 174,944.09 |
| 07/17/09 | 21 | KC FUNDING LLC /BURLINGAME CAPITAL PARTNERS | FINAL SETTLEMENT PAYMENT | 1249-000 | 50,000.00 | | 224,944.09 |
| 07/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 8.11 | | 224,952.20 |
| 08/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.55 | | 224,961.75 |
| 09/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.24 | | 224,970.99 |
| 10/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.55 | | 224,980.54 |
| 11/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.25 | | 224,989.79 |
| 12/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.55 | | 224,999.34 |
| 01/29/10 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 9.55 | | 225,008.89 |
| 02/26/10 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 8.63 | | 225,017.52 |

Page Subtotals 160,017.35 80,000.00

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page: 6)

Ver: 15.06b

Case: 04-46443   Doc# 421   Filed: 05/20/10   Entered: 05/20/10 10:13:46   Page 6 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-46443 -T-7 | Trustee Name: | LOIS I. BRADY, ESQ. |
|---|---|---|---|
| Case Name: | KOELLING, HARRY FRED | Bank Name: | BANK OF AMERICA |
|  | KOELLING, LINDA ANN | Account Number / CD #: | *******7817  TIP Account |
| Taxpayer ID No: | *******8541 |  |  |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 1,210,000.00 | COLUMN TOTALS |  | 230,017.52 | 5,000.00 | 225,017.52 |
|  | Memo Allocation Disbursements: | 1,180,000.00 | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 230,017.52 | 5,000.00 |  |
|  | Memo Allocation Net: | 30,000.00 | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 230,017.52 | 5,000.00 |  |
|  |  |  |  |  |  | NET | ACCOUNT |
|  | Total Allocation Receipts: | 1,210,000.00 | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 1,180,000.00 | TIP Account - ********7817 |  | 230,017.52 | 5,000.00 | 225,017.52 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  | Total Memo Allocation Net: | 30,000.00 |  |  | 230,017.52 | 5,000.00 | 225,017.52 |
|  |  |  |  |  | ============ | ============ | ============ |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-46443 | Page 1 | Date: March 22, 2010 |
| Debtor Name: | KOELLING, HARRY FRED | Claim Number Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3510-00 | Coldwell Banker | Administrative | | $36,300.00 | $36,300.00 | $0.00 |
| 001 3510-00 | Property Management Systems | Administrative | | $36,300.00 | $36,300.00 | $0.00 |
| 050 2500-00 | Closing Costs & Taxes | Administrative | | $15,269.95 | $15,269.95 | $0.00 |
| 002 6990-00 | SARA L KISTLER<br>ACTING US TRUSTEE REGION 17<br>1301 CLAY ST STE 690-N<br>OAKLAND CA 94612-5217 | Administrative | CHAPTER 11 ADMIN. | $650.00 | $0.00 | $650.00 |
| 002 6210-00 | KORNFIELD PAUL & NYBERG PC<br>ERIC A NYBERG<br>1999 HARRISON ST STE 2675<br>OAKLAND CA 94612-3525 | Administrative | CHAPTER 11 ADMIN | $227,510.00 | $0.00 | $227,510.00 |
| 002 6220-00 | KORNFIELD PAUL & NYBERG PC<br>ERIC A NYBERG<br>1999 HARRISON ST STE 2675<br>OAKLAND CA 94612-3525 | Administrative | CHAPTER 11 ADMIN | $9,148.18 | $0.00 | $9,148.18 |
| 001 3210-00 | MARK S BOSTICK<br>WENDEL ROSEN BLACK & DEAN LLP<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607-4036 | Administrative | | $191,188.43 | $0.00 | $191,188.43 |
| 001 3410-00 | GABRIELSON & CO<br>MICHAEL R GABRIELSON<br>1605 SCHOOL ST<br>MORAGA CA 94556 | Administrative | | $14,919.50 | $0.00 | $14,919.50 |
| 001 3420-00 | GABRIELSON & CO<br>MICHAEL R GABRIELSON<br>1605 SCHOOL ST<br>MORAGA CA 94556 | Administrative | | $108.05 | $0.00 | $108.05 |
| 001 3220-00 | MARK S BOSTICK<br>WENDEL ROSEN BLACK & DEAN LLP<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607-4036 | Administrative | | $3,981.93 | $0.00 | $3,981.93 |
| 000 4300-00 | IRS TAX LIEN | Administrative | | $75,000.00 | $0.00 | $75,000.00 |
| 000001 050 4110-00 | WASHINGTON MUTUAL BANK<br>9610 McAllister<br>San Antonio TX 78216 | Secured | | $793,558.77 | $873,513.34 | $-79,954.57 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-46443 | | Page 2 | | Date: March 22, 2010 |
| Debtor Name: | KOELLING, HARRY FRED | | Claim Number Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | DCFS TRUST c/o Daimlerchrysler Services POB 25952 Shawnee Mission KS 66225 | Unsecured | | $24,610.38 | $0.00 | $24,610.38 |
| 000003 070 7100-00 | ABACUS PRODUCTS INC 23155 Kidder St Hayward CA 94545 | Unsecured | | $462.53 | $0.00 | $462.53 |
| 000004 050 4210-00 | DAIMLERCHRYSLER SERVICES NORTH AMERICA POB 25952 Shawnee Mission KS 66225 | Secured | NOT ESTATE ASSET | $13,436.50 | $0.00 | $13,436.50 |
| 000005 070 7100-00 | DISCOVER BANK Discovery Financial Services POB 8003 Hilliard OH 43026 | Unsecured | | $8,488.33 | $0.00 | $8,488.33 |
| 000006 050 4210-00 | THE BEST SERVICE CO INC 10780 Santa Monica Blvd 140 Los Angeles CA 90025 | Secured | NOT ESTATE ASSET | $46,361.95 | $0.00 | $46,361.95 |
| 000007 070 7100-00 | SIEGLER, KUBER AND SEXTON LLP 9454 Wilshire Blvd Ste 201 Beverly Hills CA 90212 | Unsecured | | $170,349.66 | $0.00 | $170,349.66 |
| 000008 070 7100-00 | PACIFIC COAST CHEMICALS CO 2424 Fourth St Berkeley CA 94710 | Unsecured | | $9,987.56 | $0.00 | $9,987.56 |
| 000009 050 4210-00 | GENERAL ELECTRIC CAPITAL CORP 600 Montgomery St 14th FL San Francisco CA 94111 | Secured | PER SETTLEMENT | $80,000.00 | $80,000.00 | $0.00 |
| 000009B 050 4110-00 | GE Capital Corp. | Secured | SECURED BY RP & PP | $57,446.68 | $57,446.68 | $0.00 |
| 000010 050 4210-00 | CITY NATIONAL BANK 555 S Flower St 16th FL Los Angeles CA 90071 | Secured | NOT ESTATE ASSET | $5,469,353.30 | $0.00 | $5,469,353.30 |
| 000011 A 070 7100-00 | ACC CAPITAL CORPORATION 1787 E Fort Union Blvd Ste 200 Salt Lake City UT 84121 | Unsecured | | $51,286.85 | $0.00 | $51,286.85 |
| 000011 B 050 4210-00 | ACC CAPITAL CORPORATION 1787 E Fort Union Blvd Ste 200 Salt Lake City UT 84121 | Secured | NOT ESTATE ASSET | $20,000.00 | $0.00 | $20,000.00 |
| 000012 070 7100-00 | BUSINESS DEBT SOLUTIONS INC 580 California St 5th FL San Francisco CA 94104 | Unsecured | | $117,141.57 | $0.00 | $117,141.57 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-46443 | Page 3 | Date: March 22, 2010 |
|---|---|---|---|
| Debtor Name: | KOELLING, HARRY FRED | Claim Number Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 050 4110-00 | BURLINGAME CAPITAL LLC<br>3182 Campus Dr 306<br>San Mateo CA 94403 | Secured | | $3,539,271.00 | $0.00 | $3,539,271.00 |
| 000014 070 7100-00 | ELECTROCHEM FUNDING LLC<br>3182 Campus Dr 306<br>San Mateo CA 94403 | Unsecured | | $2,745,192.00 | $0.00 | $2,745,192.00 |
| 000015 070 7100-00 | FIDELITY CHEMICAL PRODUCTS<br>470 Frelinghuysen Ave<br>Newark NJ 07114 | Unsecured | | $2,307.25 | $0.00 | $2,307.25 |
| 000016 070 7100-00 | SOLOMAN, PEARL, PLUM HEYMANN,<br>and Stich, LLP<br>40 Wall St  35th FL<br>New York NY 10005 | Unsecured | | $4,863.34 | $0.00 | $4,863.34 |
| 000017 A 070 7100-00 | LOUIS JANNACE<br>6494 Ascot Dr<br>Oakland CA 94611 | Unsecured | | $18,000.00 | $0.00 | $18,000.00 |
| 000017 B 041 5300-00 | LOUIS JANNACE<br>6494 Ascot Dr<br>Oakland CA 94611 | Priority | | $4,925.00 | $0.00 | $4,925.00 |
| 000018 A 070 7100-00 | INTERNAL REVENUE SVC<br>INSOLVENCY GROUP<br>1301 CLAY ST STOP 1400S<br>OAKLAND CA 94612-5210 | Unsecured | | $27,524.80 | $0.00 | $27,524.80 |
| 000018 B 050 4300-00 | INTERNAL REVENUE SVC<br>INSOLVENCY GROUP<br>1301 CLAY ST STOP 1400S<br>OAKLAND CA 94612-5210 | Secured | AMENDED ON 7/24/2009 | $5,567.00 | $0.00 | $5,567.00 |
| 000018 C 046 5800-00 | INTERNAL REVENUE SVC<br>INSOLVENCY GROUP<br>1301 CLAY ST STOP 1400S<br>OAKLAND CA 94612-5210 | Priority | | $365,027.87 | $0.00 | $365,027.87 |
| 000019 070 7100-00 | ACCREDITED SURETY AND CASUALTY CO<br>16633 Ventura Blvd Ste 1220<br>Encino CA 91436 | Unsecured | | $26,500.00 | $0.00 | $26,500.00 |
| 000020 A 070 7100-00 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>POB 2952<br>SACRAMENTO CA 95812-2952 | Unsecured | AMENDED BY #24 | $326.75 | $0.00 | $326.75 |
| 000020 B 046 5800-00 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>POB 2952<br>SACRAMENTO CA 95812-2952 | Priority | | $1,307.00 | $0.00 | $1,307.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | Page 4 | | |
|---|---|---|---|---|
| Case Number: | 04-46443 | Claim Number Sequence | | Date: March 22, 2010 |
| Debtor Name: | KOELLING, HARRY FRED | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | SFC CAPITAL GROUP C/O GLASS & GOLDBERG 21700 OXNARD ST STE 430 WOODLAND HILLS CA 91367 | Unsecured | | $8,549.05 | $0.00 | $8,549.05 |
| 000022 999 6820-00 | EMPLOYMENT DEVELOPMENT DEPT POB 826880 SACRAMENTO CA 94280 | Administrative | CHAPTER 11 ADMIN | $8,989.22 | $0.00 | $8,989.22 |
| 000023 A 070 7100-00 | EMPLOYMENT DEVELOPMENT DEPT POB 826880 SACRAMENTO CA 94280 | Unsecured | | $17,610.12 | $0.00 | $17,610.12 |
| 000023 B 046 5800-00 | EMPLOYMENT DEVELOPMENT DEPT POB 826880 SACRAMENTO CA 94280 | Priority | | $58,087.45 | $0.00 | $58,087.45 |
| 000024 070 7100-00 | FRANCHISE TAX BOARD SPECIAL PROCEDURES POB 2952 SACRAMENTO CA 95812-2952 | Unsecured | AMENDS #20 | $0.00 | $0.00 | $0.00 |
| 000025 070 7100-00 | EFD 977 Waterman Ave East Providence RI 02914-1378 | Unsecured | | $121.03 | $0.00 | $121.03 |
| 000026 070 7100-00 | PACIFIC COAST CHEMICALS CO 2424 Fourth St Berkeley CA 94710 | Unsecured | | $9,987.56 | $0.00 | $9,987.56 |
| 000027 070 7100-00 | THE BEST SERVICE CO INC 10780 Santa Monica Blvd 140 Los Angeles CA 90025 | Unsecured | | $1,010.10 | $0.00 | $1,010.10 |
| 000028 070 7100-00 | THE BEST SERVICE CO INC 10780 Santa Monica Blvd 140 Los Angeles CA 90025 | Unsecured | | $7,969.30 | $0.00 | $7,969.30 |
| 000029 070 7100-00 | UNION SANITARY DISTRICT 5072 Benson Rd Union City CA 94587-2508 | Unsecured | | $54,447.71 | $0.00 | $54,447.71 |
| 000030 050 4110-00 | BURLINGAME CAPITAL PARTNERS II LP c/o William W Huckins @Allen Matkins LLP Three Embarcadero Center 12th FL San Francisco CA 94111 | Secured | | $5,937,776.00 | $86,170.03 | $5,851,605.97 |
| 000031 070 7100-00 | WELLS FARGO BANK NA MAC S4101-08C 100 W WASHINGTON ST PHEONIX AZ 85003 | Unsecured | | $11,669.58 | $0.00 | $11,669.58 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-46443 | | Page 5 | | | Date: March 22, 2010 |
| Debtor Name: | KOELLING, HARRY FRED | | Claim Number Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000032 999 6820-00 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH ,MIC 55 POB 942879 SACRAMENTO CA 94279-0055 | Administrative | CHAPTER 11 ADMIN | $52,590.32 | $0.00 | $52,590.32 |
| | Case Totals: | | | $20,382,479.57 | $1,185,000.00 | $19,197,479.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-46443 T-7
Case Name: KOELLING, HARRY FRED
                KOELLING, LINDA ANN
Trustee Name: LOIS I. BRADY, ESQ.

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: LOIS I. BRADY, ESQ. | $_____ | $_____ |
| Attorney for trustee: MARK S BOSTICK | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: GABRIELSON & CO | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000017 B* | *LOUIS JANNACE* | $ | $ |
| *000018 C* | *INTERNAL REVENUE SVC* | $ | $ |
| *000020 B* | *FRANCHISE TAX BOARD* | $ | $ |
| *000023 B* | *EMPLOYMENT DEVELOPMENT DEPT* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *DCFS TRUST* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | ABACUS PRODUCTS INC | $ | $ |
| 000005 | DISCOVER BANK | $ | $ |
| 000007 | SIEGLER, KUBER AND SEXTON LLP | $ | $ |
| 000008 | PACIFIC COAST CHEMICALS CO | $ | $ |
| 000011 A | ACC CAPITAL CORPORATION | $ | $ |
| 000012 | BUSINESS DEBT SOLUTIONS INC | $ | $ |
| 000014 | ELECTROCHEM FUNDING LLC | $ | $ |
| 000015 | FIDELITY CHEMICAL PRODUCTS | $ | $ |
| 000016 | SOLOMAN, PEARL, PLUM HEYMANN, | $ | $ |
| 000017 A | LOUIS JANNACE | $ | $ |
| 000018 A | INTERNAL REVENUE SVC | $ | $ |
| 000019 | ACCREDITED SURETY AND CASUALTY CO | $ | $ |
| 000020 A | FRANCHISE TAX BOARD | $ | $ |
| 000021 | SFC CAPITAL GROUP | $ | $ |
| 000023 A | EMPLOYMENT DEVELOPMENT DEPT | $ | $ |
| 000024 | FRANCHISE TAX BOARD | $ | $ |
| 000025 | EFD | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | PACIFIC COAST CHEMICALS CO | $ | $ |
| 000027 | THE BEST SERVICE CO INC | $ | $ |
| 000028 | THE BEST SERVICE CO INC | $ | $ |
| 000029 | UNION SANITARY DISTRICT | $ | $ |
| 000031 | WELLS FARGO BANK NA | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.